# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-CR-00025-KJD-LRL |
| v. | **ORDER** |
| LORENZO TUCKER, | |
| Defendant. | |

Currently pending before the Court is (#138), which is a document requesting an "adjustment of account" filed December 29, 2010, by Defendant Lorenzo Tucker. Upon review, the Court finds that the document is an inappropriate request, is largely unintelligible, and has no legal significance. Moreover, the docket indicates that Defendant is represented by Mario D. Valencia and is appealing his conviction.

Accordingly, the Motion is stricken as a fugitive document.

**IT IS SO ORDERED**.

DATED this 13th day of October 2011.

_____
Kent J. Dawson
United States District Judge