# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENZO TUCKER,

    Defendant.

Case No. 2:08-CR-00025-KJD-LRL

**ORDER**

    Before the Court is Defendant Lorenzo Tucker's Motion to Vacate under 28 U.S.C. 2255 (#150). Also before the Court are Defendant's Motion for Expedited Hearing (#149); Motion for Default Judgment on Failure to Answer (#152); and Motion for Final Default (#158).

I. Analysis

    The Court has reviewed Defendant's Motion to Vacate (#150), including Defendant's Affidavit of Inquiry, Notice of Intent (#139) incorporated by reference in Defendant's Motion. Defendant's Motion (#150) is without merit and is hereby **DENIED**. Further, as this Motion forms the basis for all remaining Motions, they are hereby **DENIED** as moot.

    Additionally, Defendant is under the incorrect impression that the Government is required to respond to his § 2255 Motion. If it plainly appears that the defendant is not entitled to relief, the court must dismiss the motion. Rules Governing § 2255 Proceedings, Rule 4, 28 U.S.C. foll. § 2255. Such

is the case here. Only if the court does not dismiss the motion will the court order the United States attorney to file a response. <u>Id.</u> Accordingly, no error has been committed by the Government in not responding to Defendant's motions. This fact alone requires denial of Defendant's Motions for Default (##152 and 158).

II. Conclusion

Defendant's Motion to Vacate under 28 U.S.C. 2255 (#150) is **HEREBY DENIED**. Defendant's remaining Motions (## 149, 152, and 158) are also **DENIED** as moot.

DATED this 9th day of September 2013.

_____
Kent J. Dawson
United States District Judge